**IT IS SO ORDERED**
*Judge James Ware*
Dated: 5/26/2009

1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  ILA C. DEISS, NY SBN 3052909
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7124
6      FAX: (415) 436-7169

7  Attorneys for Defendants

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11
   RAJENDRA MANVI and SUMA MANVI,  )   No. C 09-01017 JW
12                                  )
              Plaintiffs,           )
13                                  )
          v.                        )
14                                  )
   JANET NAPOLITANO, Secretary of the )  STIPULATION TO EXTEND TIME TO
15 Department of Homeland Security;  )   ANSWER
   MICHAEL AYTES, Acting Director of U.S. )
16 Citizenship and Immigration Services; )
   ROSEMARY MELVILLE, District       )
17 Direcotr, USCIS; FRANK SICILIANO, )
   Field Office Director, USCIS;     )
18 DEPARTMENT OF HOMELAND            )
   SECURITY,                         )
19                                   )
              Defendants.            )
20 _____ )

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION
No. C 09-01017 JW

On March 10, 2009, Plaintiffs filed the above captioned action. Defendants were served on March 19, 2009. It now appears that the case may be resolved administratively within the next 60 days. Accordingly, the parties hereby stipulate, pursuant to Civ. L.R. 6-1, to extend time for Defendants to answer the complaint, from May 18, 2009, to July 18, 2009.

Dated: May 18, 2009                                                     Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

           /s/
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: May 18, 2009                                                        /s/
EDWARD R. LITWIN
CHRISTINA H. LEE
Attorneys for Plaintiffs

---

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.