1   JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
2   JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
3   Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
4   Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
6       Telephone: (415) 436-7124
        FAX: (415) 436-7169

7

8   Attorneys for Defendants

9                      UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12  RAJENDRA MANVI and SUMA MANVI,          )
                                            )   No. C 09-1017 JW
13                  Plaintiffs,             )
                                            )
14          v.                              )   STIPULATION TO DISMISS AND
                                            )   [PROPOSED] ORDER
15  JANET NAPOLITANO, Secretary of the      )
    Department of Homeland Security;        )
16  MICHAEL AYTES, Acting Director of U.S.  )
    Citizenship and Immigration Services;   )
17  ROSEMARY MELVILLE, District Director,   )
    USCIS; FRANK SICILIANO, Field Office    )
18  Director, USCIS; DEPARTMENT OF          )
    HOMELAND SECURITY,                      )
19                                          )
                    Defendants.             )
20  _____)

21      Plaintiffs, by and through their attorney of record, and Defendants by and through their

22  attorneys of record, hereby stipulate to dismissal of the above captioned action because the

23  Defendants agree to adjudicate Plaintiffs' adjustment of status applications promptly upon the

24  availability of a visa.

25  ///

26  ///

27  ///

28  ///

    Stipulation to Dismiss
    C09-1017 JW                          1

1    Each of the parties shall bear their own costs and fees

2    Date: July 22, 2009                              Respectfully submitted,

3                                                     JOSEPH P. RUSSONIELLO
                                                      United States Attorney
4

5                                                     _____/s/_____
                                                      ILA C. DEISS[1]
6                                                     Assistant United States Attorney
                                                      Attorneys for Defendants
7

8

9    Date: July 22, 2009                              _____/s/_____
                                                      EDWARD R. LITWIN
                                                      CHRISTINA H. LEE
10                                                    Attorneys for Plaintiffs

11

12                                **ORDER**

         Pursuant to stipulation, IT IS SO ORDERED.
13   The Court terminates any pending deadlines, hearings and motions. The Clerk shall close this file.

14   Date:  July 22, 2009                             _____
                                                      JAMES WARE
15                                                    United States District Judge

16

17

18

19

20

21

22

23

24

25

26   _____

27      [1]  I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures
     indicated by a "conformed" signature (/S/) within this efiled document.
28

     Stipulation to Dismiss
     C09-1017 JW                            2